IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No.  16-10723-TPA |
| | ) |
| CHAD ROBERT RISTAU, | ) |
|     Debtor | ) Chapter 7 |
| | ) |
|     NORTHWEST SAVINGS BANK, | ) |
|     Movant | ) Docket No. |
| | ) |
| v. | ) |
| | ) Related to Docket No. 18 |
| CHAD ROBERT RISTAU AND | ) |
| JOHN C. MELARAGNO, | ) |
| ESQUIRE, TRUSTEE | ) |
|     Respondents | ) |

**<u>NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF
NORTHWEST SAVINGS BANK FOR RELIEF FROM AUTOMATIC STAY</u>**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **OCTOBER 20, 2016** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at [www.pawb.uscourts.gov](www.pawb.uscourts.gov).  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

    You should take this to your lawyer at once.

    A hearing will be held on **NOVEMBER 3, 2016 at 10:30 A.M.** before Judge Thomas P. Agresti, Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service:  October 3, 2016        */s/ Mark G. Claypool*
                                                                   Mark G. Claypool
                                                                   PA I.D. No. 63199
                                                                   120 West Tenth Street, Erie, PA  16501-1461
                                                                   (814) 459-2800/ Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 16-10723-TPA |
| | ) |
| CHAD ROBERT RISTAU, | ) |
|    Debtor | ) Chapter 7 |
| | ) |
|   NORTHWEST SAVINGS BANK, | ) |
|    Movant | ) Docket No. |
| | ) |
| v. | ) |
| | ) Related to Docket No. 18 |
| CHAD ROBERT RISTAU AND | ) |
| JOHN C. MELARAGNO, | ) |
| ESQUIRE, TRUSTEE | ) |
|    Respondents | ) |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON NORTHWEST SAVINGS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Notice of Hearing on Northwest Savings Bank's Motion for Relief from Automatic Stay, on the parties at the addresses on the attached service list, on October 3, 2016 by first class, United States mail, postage pre-paid.

The total number of parties served was __5__.

EXECUTED ON: October 3, 2016

                      By:   /s/ *Mark G. Claypool*
                             Mark G. Claypool, Esquire
                             PA I.D. No. 63199
                             Knox McLaughlin Gornall & Sennett, P.C.
                             120 West Tenth Street
                             Erie, Pennsylvania 16501-1461
                             (814) 459-2800

# 1745252.v1

## **SERVICE MATRIX**

Via US mail:

Chad Robert Ristau
7 Conewango Place
Warren, PA 16365

Northwest Savings Bank
Attn: Colleen Lamberto
100 Liberty Street
Warren, PA 16365

John C. Melaragno, Trustee
502 West 7th Street
Erie, PA 16502

Via CM/ECF

Daniel P. Foster, Esquire              dan@mrdebtbuster.com

United States Trustee                  ustpregion03.pi.ecf@usdoj.gov

# 1745252.v1