IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 16-10723-TPA |
| ) | |
| CHAD ROBERT RISTAU, ) | |
|     Debtor ) | Chapter 7 |
| ) | |
|     NORTHWEST SAVINGS BANK, ) | |
|     Movant ) | Docket No. |
| ) | |
| v. ) | |
| ) | Related to Docket No. 18 & 20 |
| CHAD ROBERT RISTAU AND ) | |
| JOHN C. MELARAGNO, ) | |
| ESQUIRE, TRUSTEE ) | |
|     Respondents ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay filed and served on **October 3, 2016** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **October 20, 2016.**

It is hereby respectfully requested that the Order attached to the Motion for Relief from Automatic Stay be entered by the Court.

Date: **October 21, 2016**

By: */s/ Mark G. Claypool*
Mark G. Claypool, Esquire
PA I.D. No. 63199
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
(814) 459-2800
mclaypool@kmgslaw.com

# 1746118.v1