IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 16-10723-TPA |
| | ) |
| CHAD ROBERT RISTAU, | ) |
|     Debtor | ) Chapter 7 |
| | ) |
| NORTHWEST SAVINGS BANK, | ) |
|     Movant | ) Docket No. |
| | ) |
| v. | ) Related to Docket No. 23 |
| | ) |
| CHAD ROBERT RISTAU AND | ) |
| JOHN C. MELARAGNO, ESQUIRE, | ) |
| TRUSTEE | ) |
|     Respondents | ) |

**CERTIFICATE OF SERVICE ON ORDER GRANTING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO PARTIES IN INTEREST:

    I, Mark G. Claypool, certify under penalty of perjury that I served the above-captioned Order, on the parties at the addresses on the attached matrix, on October 25, 2016, by first class, United States mail, postage pre-paid or via electronic filing.

    By:    /s/ *Mark G. Claypool*
                 Mark G. Claypool, Esquire
                 PA I.D. No. 63199
                 120 West Tenth Street
                 Erie, Pennsylvania 16501-1461
                 (814) 459 2800

# 1754090.v1

## **SERVICE MATRIX**

Via US mail:

Chad Robert Ristau
7 Conewango Place
Warren, PA 16365

Northwest Savings Bank
Attn: Colleen Lamberto
100 Liberty Street
Warren, PA 16365

John C. Melaragno, Trustee
502 West 7th Street
Erie, PA 16502

Via CM/ECF

Daniel P. Foster, Esquire          dan@mrdebtbuster.com

United States Trustee              ustpregion03.pi.ecf@usdoj.gov

# 1754090.v1