FILED
10/24/16 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No.  16-10723-TPA |
| | ) | |
| CHAD ROBERT RISTAU, | ) | |
|     Debtor | ) | Chapter 7 |
| | ) | |
| NORTHWEST SAVINGS BANK, | ) | |
|     Movant | ) | Docket No.    18 |
| | ) | |
| v. | ) | |
| | ) | |
| CHAD ROBERT RISTAU AND | ) | |
| JOHN C. MELARAGNO, | ) | |
| ESQUIRE, TRUSTEE | ) | |
|     Respondents | ) | |

**ORDER**

AT ERIE, in the Western District of Pennsylvania, on this __24th__ day of __October_____, 2016, upon consideration of the foregoing Motion for Relief from Automatic Stay (the "Motion") filed by the Movant, Northwest Savings Bank ("Northwest"), and after notice and hearing as appropriate, it appearing that the Debtor obtained a loan from Ed Shults of Warren, Inc. which was subsequently assigned to Northwest as described in detail in the Motion; that Northwest holds a lien on the title to a 2014 Dodge Ram 1500 (the "Vehicle"); that Northwest's security interest in the Vehicle is noted as a first lien on the Vehicle's Pennsylvania electronic Certificate of Title; that there is no material equity in the Vehicle for the benefit of the Bankruptcy Estate or creditors; that the Vehicle is not necessary for an effective reorganization of the Debtor, that Northwest lacks adequate protection of its interest in the Vehicle; and that good cause exists for granting relief from the automatic stay, it is therefore

ORDERED, ADJUDGED and DECREED that the Motion is granted. Northwest is granted relief from the Automatic Stay (11 U.S.C. §362) to exercise its state law rights against the Vehicle, including but not limited to repossession and sale.

_____
The Honorable Thomas P. Agresti   jm
United States Bankruptcy Judge

# 1745250.v1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10723-TPA
Chad Robert Ristau                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1              Date Rcvd: Oct 24, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db             +Chad Robert Ristau,    7 Conewango Place,    Warren, PA 16365-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Chad Robert Ristau dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          John C. Melaragno, Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Mark G. Claypool    on behalf of Creditor    Northwest Savings Bank mclaypool@kmgslaw.com,
           knoxbank@hotmail.com;chartle@kmgslaw.com;mpol@kmgslaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5